# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ARMAS, an individual, | ) Case No.: 2:14-cv-01356-JAK-AGR |
| Plaintiff, | ) |
| vs. | ) **ORDER GRANTING JOINT** |
| | ) **STIPULATION OF DISMISSAL** |
| COUNTY OF LOS ANGELES, a public entity; JEREMY DRAPER, an individual; MICHAEL ESPINOSA, an individual; VINCENT ORTIZ, an individual; and DOES 1 to 50, inclusive, | ) **[FRCP 41(a)(1)(A)(ii)]  JS-6** |
| | ) DATE:   September 14, 2015 |
| | ) TIME:    1:30 p.m. |
| | ) ROOM:  750 |
| Defendants. | ) JUDGE: The Hon. John A. Kronstadt |

Having read and considered the Joint Stipulation of Dismissal filed by all parties to this, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

This action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: September 10, 2015

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE